E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
SARAH S. LEE (Cal. Bar No. 311480)
Assistant United States Attorney
General Crimes Section
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1200/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-7407/0719
     Facsimile:  (213) 894-0141/0142
     E-mail:     Sarah.Lee@usdoj.gov
                 Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-427-DSF |
|---|---|
| Plaintiff, | <u>ORDER RE GOVERNMENT'S MOTION TO FORFEIT DEFENDANT'S BOND</u> |
| v. | |
| SAM MICHAEL DAVIS, | |
| Defendant. | |

The Court, having considered the papers filed in this matter, finds that that defendant SAM MICHAEL DAVIS has (1) left the residential substance abuse treatment center without permission; (2) removed the GPS location monitoring device; and (3) been absent from

supervision due to unknown location, each in violation of conditions of his bond.

GOOD CAUSE APPEARING, IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 46(f), that the government's motion to forfeit defendant's bond is hereby granted.

IT IS SO ORDERED.

July 17, 2023
DATE

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

_/s/Alexander Su_
ALEXANDER SU
Assistant United States Attorney